**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:25-cr-0073 |
| | ) |
| **ADONIAS ESTRADA CORTAVE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated January 7, 2026, recommending that the Defendant's plea of guilty to Count One of the Indictment, Reentry of Removed Alien, a violation of Title 8, United States Code, Sections 1326(a), be accepted, and the Defendant be adjudged guilty. (ECF No. 27.) Also before the Court is Defendant's Unopposed Motion to Expedite Sentencing. (ECF No. 30.) The parties communicated and the Government advised it will defer to the court. *Id.* at 2. The deadline for filing written objections to the Report and Recommendation has passed and no objection has been filed. Accordingly, after careful consideration and review, there being no objection to the motion, and in light of the circumstances of this case, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 27, is **ADOPTED;** it is further

**ORDERED** that Defendant Adonias Estrada Cortave's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Adonias Estrada Cortave is adjudged **GUILTY** on that count; it is further

*United States v. Adonias Estrada Cortave*
Case No. 3:25-cr-0073
Order
Page **2** of **2**

**ORDERED** that Defendant Adonias Estrada Cortave's Unopposed Motion to Expedite Sentencing, ECF No. 30, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **February 20, 2026**, it is further

**ORDERED** that the parties are excused from filing a sentencing memorandum and will be allowed to allocute at the sentencing hearing; and it is further

**ORDERED** that a sentencing hearing shall be held on **March 6, 2026, at 9:30 A.M. in STT Courtroom No. 1.**

**Dated:** January 23, 2026            */s/ Robert A. Molloy*
                                       **ROBERT A. MOLLOY**
                                       **Chief Judge**